# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CURTIS L. LARGE, ON BEHALF OF HIMSELF and ALL OTHERS SIMILARLY SITUATED, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 06-667-CV-W-DW |
| ADT/TYCO SECURITY SYSTEMS d/b/a ADT SECURITY SERVICES, INC., ) ) ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Motion for Entry of Judgment of Dismissal with Prejudice. (Doc. 59). Pursuant to the Joint Motion, this case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

The Clerk of the Court shall mark this case as CLOSED.


Date:   February 20, 2008                              /s/ Dean Whipple
                                                                                                                         Dean Whipple
                                                                                                United States District Judge